**PRISONER CASE**



R

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

| Plaintiff(s): | JERMAINE WALKER | Defendant(s): | ERIC MICHAELEK, et al. |
|---|---|---|---|
| County of Residence: | KNOX | County of Residence: | |
| Plaintiff's Address: | | Defendant's Attorney: | |

Jermaine Walker
B-52757
Hill - HIL
P.O. Box 1700
Galesburg, IL 61401

Illinios Department of Corrections
100 West Randolph, Suite 4-200
Chicago, IL  60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

FILED
MAR 14 2008
Mar 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☐ Yes  ☑ No

**08CV1542
JUDGE BUCKLO
MAG.JUDGE BROWN**

Signature: A.E. Woodham   Date: 03/141/2008

Bucklo   07C 3083
Brown