

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
MAR 1 4 2008
Mar 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

JERMAINE WALKER
Plaintiff

v.

ERIC MICHAELEK
Defendant(s)

**08CV1542
JUDGE BUCKLO
MAG. JUDGE BROWN**

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, __Jermaine Walker (B-52757)__, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # __(B-52757)__   Name of prison or jail: __HILL CORRECTIONAL CENTER__
   Do you receive any payment from the institution? ☐Yes ☒No   Monthly amount: _____

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: __FULL-TIME STUDENT, SELF-EMPLOYED BARBER AND MECHANIC (2/20/06)__
      Monthly salary or wages: __$2000.00__
      Name and address of last employer: __FISK UNIVERSITY, NASHVILLE, TN. 37208__

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages   ☐Yes   ☒No
      Amount _____ Received by _____

   b. ☐ Business, ☐ profession or ☐ other self-employment   ☐Yes   ☒No
      Amount _____ Received by _____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
Amount_____ Received by_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
        ☐Yes    ☒No
Amount_____ Received by_____

    e.    ☐ Gifts or ☒ inheritances    ☐Yes    ☒No
Amount _1956.__ Received by _JACQUELINE BASS, ESTATE_

    f.    ☐Any other sources (state source:_____)    ☐Yes    ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?    ☐Yes    ☐No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
    ☐Yes    ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: Feb. 27, 2008

_Jermaine Walker_
Signature of Applicant

Jermaine Walker
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances, during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $ _____ on account to his/her credit at (name of institution) _____.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____.
(Add all deposits from all sources and then divide by number of months).

_____   _____
DATE            SIGNATURE OF AUTHORIZED OFFICER

_____
(Print name)

NOTE: I included old copies of trust fund balances, for Hill C.C. fails to provide access to courts by denying me legal access, legal materials for postage and deliberately delaying all out + incoming mail.

rev. 7/18/02

Pontiac Correctional Center
Trust Fund
Inmate Transaction Statement

REPORT CRITERIA - Date: 09/27/2007 thru End; Inmate: B52757; Active Status Only ? : No; Print Restrictions ? : Yes; Transaction Type: All Transaction Types; Print Furloughs / Restitutions ? : Yes; Include Inmate Totals ? : Yes; Print Balance Errors Only ? : No

### Inmate: B52757 Walker, Jermaine          Housing Unit: PON-E -06-07

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 2,385.76 |
| 10/04/07 | Point of Sale | 60 Commissary | 277703 | 254915 | Commissary | -49.34 | 2,336.42 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 519810, DOC - Library Copies, Inv. Date: 10/10/2007 | -4.80 | 2,331.62 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 518100, DOC - Library Copies, Inv. Date: 09/18/2007 | -.65 | 2,330.97 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 519415, DOC - Library Copies, Inv. Date: 10/03/2007 | -.80 | 2,330.17 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 518374, DOC - Library Copies, Inv. Date: 09/20/2007 | -.70 | 2,329.47 |
| 10/15/07 | Disbursements | 84 Library | 288320 | Chk #64700 | 518099, DOC - Library Copies, Inv. Date: 09/18/2007 | -2.00 | 2,327.47 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 519512, Pitney Bowes Bank, Inc, Inv. Date: 10/04/2007 | -1.48 | 2,325.99 |
| 10/15/07 | Disbursements | 80 Postage | 288320 | Chk #64702 | 518767, Pitney Bowes Bank, Inc, Inv. Date: 09/26/2007 | -.41 | 2,325.58 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 518167, Pitney Bowes Bank, Inc, Inv. Date: 09/18/2007 | -.97 | 2,324.61 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 518574, Pitney Bowes Bank, Inc, Inv. Date: 09/24/2007 | -.41 | 2,324.20 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 517926, Pitney Bowes Bank, Inc, Inv. Date: 09/17/2007 | -.41 | 2,323.79 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 518237, Pitney Bowes Bank, Inc, Inv. Date: 09/20/2007 | -.41 | 2,323.38 |
| 10/15/07 | Disbursements | 80 Postage | 288320 | Chk #64702 | 518215, Pitney Bowes Bank, Inc, Inv. Date: 09/18/2007 | -.41 | 2,322.97 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 518182, Pitney Bowes Bank, Inc, Inv. Date: 09/18/2007 | -.41 | 2,322.56 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 517927, Pitney Bowes Bank, Inc, Inv. Date: 09/17/2007 | -.41 | 2,322.15 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 519509, Pitney Bowes Bank, Inc, Inv. Date: 10/04/2007 | -.41 | 2,321.74 |
| 10/15/07 | Disbursements | 81 Legal Postage | 288320 | Chk #64702 | 519513, Pitney Bowes Bank, Inc, Inv. Date: 10/04/2007 | -2.84 | 2,318.90 |
| 11/02/07 | Point of Sale | 60 Commissary | 306767 | 257224 | Commissary | -28.73 | 2,290.17 |
| 11/13/07 | Disbursements | 84 Library | 317320 | Chk #64999 | 522523, DOC - Library Copies, Inv. Date: 11/09/2007 | -.20 | 2,289.97 |
| 11/13/07 | Disbursements | 84 Library | 317320 | Chk #64999 | 521898, DOC - Library Copies, Inv. Date: 11/01/2007 | -.20 | 2,289.77 |
| 11/13/07 | Disbursements | 84 Library | 317320 | Chk #64999 | 521665, DOC - Library Copies, Inv. Date: 10/30/2007 | -.20 | 2,289.57 |
| 11/13/07 | Disbursements | 84 Library | 317320 | Chk #64999 | 521262, DOC - Library Copies, Inv. Date: 10/25/2007 | -.15 | 2,289.42 |
| 11/13/07 | Disbursements | 84 Library | 317320 | Chk #64999 | 522376, DOC - Library Copies, Inv. Date: 11/07/2007 | -1.30 | 2,288.12 |
| 11/13/07 | Disbursements | 84 Library | 317320 | Chk #64999 | 520713, DOC - Library Copies, Inv. Date: 10/18/2007 | -1.00 | 2,287.12 |
| 11/13/07 | Disbursements | 84 Library | 317320 | Chk #64999 | 522259, DOC - Library Copies, Inv. Date: 11/06/2007 | -.10 | 2,287.02 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 522439, Pitney Bowes Bank, Inc, Inv. Date: 11/08/2007 | -.41 | 2,286.61 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 522316, Pitney Bowes Bank, Inc, Inv. Date: 11/07/2007 | -1.82 | 2,284.79 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 522321, Pitney Bowes Bank, Inc, Inv. Date: 11/07/2007 | -.41 | 2,284.38 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 522322, Pitney Bowes Bank, Inc, Inv. Date: 11/07/2007 | -.41 | 2,283.97 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: 12/27/2007 | | | | Pontiac Correctional Center | | | Page 2 |
| Time: 10:39am | | | | Trust Fund | | | |
| d_list_inmate_trans_statement_composite | | | | Inmate Transaction Statement | | | |

REPORT CRITERIA - Date: 09/27/2007 thru End;　　Inmate: B52757;　　Active Status Only ? : No;　　Print Restrictions ? : Yes;　　Transaction Type: All Transaction Types;　　Print Furloughs / Restitutions ? : Yes;　　Include Inmate Totals ? : Yes;　　Print Balance Errors Only ? : No

**Inmate: B52757 Walker, Jermaine**　　　　　　　　　　　　**Housing Unit: PON-E -06-07**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 522649, Pitney Bowes Bank, Inc, Inv. Date: 11/13/2007 | -.41 | 2,283.56 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 522323, Pitney Bowes Bank, Inc, Inv. Date: 11/07/2007 | -.41 | 2,283.15 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 522425, Pitney Bowes Bank, Inc, Inv. Date: 11/08/2007 | -5.38 | 2,277.77 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 521330, Pitney Bowes Bank, Inc, Inv. Date: 10/25/2007 | -.58 | 2,277.19 |
| 11/13/07 | Disbursements | 80 Postage | 317320 | Chk #65001 | 521529, Pitney Bowes Bank, Inc, Inv. Date: 10/29/2007 | -4.90 | 2,272.29 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 522650, Pitney Bowes Bank, Inc, Inv. Date: 11/13/2007 | -.41 | 2,271.88 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 521319, Pitney Bowes Bank, Inc, Inv. Date: 10/25/2007 | -.58 | 2,271.30 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 520932, Pitney Bowes Bank, Inc, Inv. Date: 10/22/2007 | -.41 | 2,270.89 |
| 11/13/07 | Disbursements | 81 Legal Postage | 317320 | Chk #65001 | 522217, Pitney Bowes Bank, Inc, Inv. Date: 11/06/2007 | -.41 | 2,270.48 |
| 11/16/07 | Disbursements | 88 Utilities | 320320 | Chk #65083 | 11/16/07, Whitfield, Sheerene, Inv. Date: 11/16/2007 | -500.00 | 1,770.48 |
| 12/06/07 | Point of Sale | 60 Commissary | 340774 | 260080 | Commissary | -286.35 | 1,484.13 |
| 12/12/07 | Point of Sale | 60 Commissary | 346774 | 260579 | Commissary | 13.25 | 1,497.38 |
| 12/12/07 | Disbursements | 84 Library | 346320 | Chk #65374 | 524591, DOC - Library Copies, Inv. Date: 12/04/2007 | -.45 | 1,496.93 |
| 12/12/07 | Disbursements | 84 Library | 346320 | Chk #65374 | 524157, DOC - Library Copies, Inv. Date: 11/30/2007 | -6.20 | 1,490.73 |
| 12/12/07 | Disbursements | 84 Library | 346320 | Chk #65374 | 524772, DOC - Library Copies, Inv. Date: 12/05/2007 | -.15 | 1,490.58 |
| 12/12/07 | Disbursements | 84 Library | 346320 | Chk #65374 | 523832, DOC - Library Copies, Inv. Date: 11/28/2007 | -.80 | 1,489.78 |
| 12/12/07 | Disbursements | 84 Library | 346320 | Chk #65374 | 523834, DOC - Library Copies, Inv. Date: 11/28/2007 | -10.20 | 1,479.58 |
| 12/12/07 | Disbursements | 84 Library | 346320 | Chk #65374 | 523833, DOC - Library Copies, Inv. Date: 11/28/2007 | -5.20 | 1,474.38 |
| 12/12/07 | Disbursements | 84 Library | 346320 | Chk #65374 | 525661, DOC - Library Copies, Inv. Date: 12/11/2007 | -1.25 | 1,473.13 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 525060, Pitney Bowes Bank, Inc, Inv. Date: 12/07/2007 | -.41 | 1,472.72 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 524059, Pitney Bowes Bank, Inc, Inv. Date: 11/29/2007 | -1.65 | 1,471.07 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 524061, Pitney Bowes Bank, Inc, Inv. Date: 11/29/2007 | -4.60 | 1,466.47 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 524802, Pitney Bowes Bank, Inc, Inv. Date: 12/06/2007 | -5.21 | 1,461.26 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 524327, Pitney Bowes Bank, Inc, Inv. Date: 12/03/2007 | -.41 | 1,460.85 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 524323, Pitney Bowes Bank, Inc, Inv. Date: 12/03/2007 | -.41 | 1,460.44 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 523349, Pitney Bowes Bank, Inc, Inv. Date: 11/20/2007 | -.41 | 1,460.03 |
| 12/12/07 | Disbursements | 80 Postage | 346320 | Chk #65376 | 523942, Pitney Bowes Bank, Inc, Inv. Date: 11/28/2007 | -.41 | 1,459.62 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 523868, Pitney Bowes Bank, Inc, Inv. Date: 11/28/2007 | -9.85 | 1,449.77 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 523869, Pitney Bowes Bank, Inc, Inv. Date: 11/28/2007 | -1.48 | 1,448.29 |

| Date: | 12/27/2007 | | | | Pontiac Correctional Center | | Page 3 |
|---|---|---|---|---|---|---|---|
| Time: | 10:39am | | | | Trust Fund | | |
| d_list_inmate_trans_statement_composite | | | | | Inmate Transaction Statement | | |

REPORT CRITERIA - Date: 09/27/2007 thru End;  Inmate: B52757;  Active Status Only ? : No;  Print Restrictions ? : Yes; Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

### Inmate: B52757 Walker, Jermaine        Housing Unit: PON-E -06-07

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 12/12/07 | Disbursements | 80 Postage | 346320 | Chk #65376 | 524434, Pitney Bowes Bank, Inc, Inv. Date: 12/03/2007 | -.41 | 1,447.88 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 523331, Pitney Bowes Bank, Inc, Inv. Date: 11/20/2007 | -1.48 | 1,446.40 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 525681, Pitney Bowes Bank, Inc, Inv. Date: 12/12/2007 | -.92 | 1,445.48 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 525683, Pitney Bowes Bank, Inc, Inv. Date: 12/12/2007 | -.41 | 1,445.07 |
| 12/12/07 | Disbursements | 80 Postage | 346320 | Chk #65376 | 525712, Pitney Bowes Bank, Inc, Inv. Date: 12/12/2007 | -4.60 | 1,440.47 |
| 12/12/07 | Disbursements | 81 Legal Postage | 346320 | Chk #65376 | 525682, Pitney Bowes Bank, Inc, Inv. Date: 12/12/2007 | -.58 | 1,439.89 |

|  |  |
|---|---|
| Total Inmate Funds: | 1,439.89 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 2.81 |
| Funds Available: | 1,437.08 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

### RESTRICTIONS

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---|
| 12/13/2007 | 525960 | Disb | Library | 2 DOC: 523 Fund Library | $0.30 |
| 12/14/2007 | 526114 | Disb | Medical Co-Pay | 99999 DOC: 523 Fund Inmate Reimburseme | $2.00 |
| 12/19/2007 | 526544 | Disb | Library | 2 DOC: 523 Fund Library | $0.10 |
| 12/19/2007 | 526618 | Disb | Postage | 6967 Pitney Bowes Bank, Inc. | $0.41 |
|  |  |  |  | Total Restrictions: | $2.81 |

Date: 2/22/2008
Time: 2:39pm
d_list_inmate_trans_statement_composite

Case 1:08-cv-01542    Document 3    Filed 03/14/2008    Page 7 of 7

Hill Correctional Center
Trust Fund
View Transactions

Page 1

**Inmate:** B52757 Walker, Jermaine         **Housing Unit:** HIL-R2-C -13

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.00 |
| 02/14/08 | Mail Room | 04 Intake and Transfers In | 045215 | 65896 | Pontiac C.C. | 1,404.69 | 1,404.69 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050363 | Chk #96170 | 02-13-2008, DOC: 523 Fund Inma, Inv. Date: 02/13/2008 | -1.48 | 1,403.21 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050363 | Chk #96170 | 02-15-08, DOC: 523 Fund Inmate, Inv. Date: 02/15/2008 | -.41 | 1,402.80 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050363 | Chk #96170 | 02-15-08, DOC: 523 Fund Inmate, Inv. Date: 02/15/2008 | -.41 | 1,402.39 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050363 | Chk #96170 | 02-15-08, DOC: 523 Fund Inmate, Inv. Date: 02/15/2008 | -.41 | 1,401.98 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050363 | Chk #96170 | 02-15-08, DOC: 523 Fund Inmate, Inv. Date: 02/15/2008 | -.41 | 1,401.57 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050363 | Chk #96170 | 02-15-08, DOC: 523 Fund Inmate, Inv. Date: 02/15/2008 | -.41 | 1,401.16 |
| 02/19/08 | Disbursements | 81 Legal Postage | 050363 | Chk #96170 | 02-15-08, DOC: 523 Fund Inmate, Inv. Date: 02/15/2008 | -.41 | 1,400.75 |
| 02/20/08 | Mail Room | 10 Western Union - Not Held | 051200 | 2532758059 | WHITIFIELD, SHEERENE | 100.00 | 1,500.75 |
| 02/21/08 | Point of Sale | 60 Commissary | 052724 | 421928 | Commissary | -29.62 | 1,471.13 |

|  |  |
|---:|---:|
| Total Inmate Funds: | 1,471.13 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | 1,471.13 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |