March 5, 2008

Prisoner Correspondence
Clerk's Office
U.S. District Court
219 S. Dearborn St.
Chicago, Ill. 60604

FILED
MAR 14 2008
Mar 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV1542
JUDGE BUCKLO
MAG. JUDGE BROWN

Dear Correspondent:

    Enclosed you will find a twelve page U.S.C. 1983 form, one original, six additional copies, and three copies of an Affidavit with certificate of service, and IN FORMA PAUPERIS.

    This complaint is in conjunction to my constitutional violations that's pending and assigned to U.S. District Judge Elaine E. Bucklo's calendar (No. 07C3083).

    So therefore, I am requesting that this complaint be assigned to District Judge Elaine E. Bucklo.

    In addition, I am highly requesting a federal court order immediately that allows me access to the courts, for I am deliberately deprived Law Library access at present facility. I respectfully requests at least five hours a week in the Law Library for litigation purposes of seven pending cases.

page 1 of 2

In closing, please confirm this letter and enclosures with a certified stamped as received approval. THANK YOU!

Respectfully submitted,

*Jermaine Walker*
PLAINTIFF

JERMAINE WALKER

B-52757

HILL - HIL

P.O. BOX 1700

GALESBURG, IL. 61402

PRO SE