UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
MAR 1 4 2008
Mar 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JERMAINE WALKER,
  Plaintiff,
vs.
ERIC MICHAELEK, et al,
  Defendant.

08CV1542
JUDGE BUCKLO
MAG. JUDGE BROWN

## AFFIDAVIT

(N.R.C.)'s Officials failed to comply with Federal laws, State laws, and Departmental Rules, for they fashioned their own set of laws by which to govern the Transition Center (N.R.C.). These Officials acted in conspiracy to deprive the plaintiff of his protected rights guaranteed by our UNITED STATES CONSTITUTION.

(N.R.C.)'s Authorities facilitated, participated, and caused deliberate mistreatments; They unconstitutionally kept me (105) One Hundred and five Days in 24 hours a day confinement by denying me a primary transfer, denied Legal material access, delayed all incoming/outgoing mail, and interfered with Legal mail.

On the first shift (7-3 P.M.), Correctional Counselors (DANIEL LUCE and DAVID MANSFIELD) are fully responsible for collecting all my in-house mail, counselor's request slips, and filed grievances from the Unit counselor's box.

1.

On the second shift (3 P.M. - 11 P.M.), all my entire outgoing and incoming letters, requests, and grievances are only collected and circulated on the 2nd shift. During my illegal 24 hours a day confinement, these Counselors and Correctional Officers below were absolutely responsible for my malicious mail handlings:

1.) ( C.C. DANIEL LUCE )
2.) ( C.C. DAVID MANSFIELD )
3.) ( C.O. ERIC MICHAELEK )
4.) ( C.O. JOHNSON )
5.) ( C.O. SZPICKI )
6.) ( C.O. DOUGLASS )
7.) ( C.O. EDWARDS )
8.) ( C.O. READUS )
9.) ( C.O. MCCOY )
10.) ( C.O. BROOKS )

I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief.

FEBRUARY 27, 2008

RESPECTFULLY SUBMITTED,

_Jermaine Walker_
PLAINTIFF

Jermaine Walker
B-52757
HILL - HIL
P.O. BOX 1700
GALESBURG, IL. 61402
PRO SE

SUBSCRIBED AND SWORN TO BEFORE ME
THIS __4__ DAY OF __March__
A.D., 2008

_Gareth L. B_____
Notary Public

OFFICIAL SEAL
GARETH L. BEAMS
Notary Public - State of Illinois
My Commission Expires Sep 21, 2011

2.

# CERTIFICATE of SERVICE

The undersigned, being duly sworn under oath, states that three copies of Affidavit were served upon (Prisoner Correspondence, Clerk's Office, U.S. District Court, 219 S. Dearborn St., Chicago, IL. 60604) by placing it in the U.S. mail at the HILL Correctional Center on MARCH 5, 2008.

*Jermaine Walker*