April 13th, 2008



Clerk's Office
U.S. District Court
219 S. Dearborn St., 20th FL.
Chicago, Illinois 60604

APR 21 2008
**FILED**
APR 21 2008  gew
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Cashier:
RE: NO. (08 C 1542)

    Please take notice that on the 13th day of April, 2008 at 6:00 p.m., I placed in the mail at Hill C.C. an authorization for payment ($350.00), for filing fees before Deadline.

## CERTIFICATE of SERVICE

    The undersigned being duly sworn upon oath deposes and states that an authorized check for filing fees was served upon the Clerk's Cashier, U.S. District Court, 219 S. Dearborn St., 20th FL., Chicago, Ill. 60604, by placing it in prison U.S. Mail on April 13th, 2008.

*Jermaine Walker*
PLAINTIFF / PRO SE

Jermaine Walker
B-52757
600 S. Linwood Rd.
Galesburg, IL. 61401