# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | ELAINE E. BUCKLO | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1542 | **DATE** | 5/5/08 |
| **CASE TITLE** | Jermaine Walker (B-52757) v. Eric Michaelek, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff has paid the filing fee. Pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, the Court orders the United States Marshal to effect service in this action. Service by the Marshal is necessary in this particular action because Plaintiff is incarcerated and proceeding *pro se.* The Clerk shall issue summonses and send Plaintiff a Magistrate Judge Consent Form, Instructions for Submitting Documents, and a copy of this order.

■ [For further details see text below.]   Docketing to mail notices.

## STATEMENT

Pursuant to Rule 4(c)(2) of the Federal Rules of Civil Procedure, the Court orders the United States Marshal to effect service in this action. Service by the Marshal is necessary in this particular action because Plaintiff is incarcerated and proceeding *pro se.* Any service forms necessary for Plaintiff to complete will be sent by the Marshal as appropriate to serve defendants with process. The U.S. Marshal is directed to make all reasonable efforts to serve defendants. With respect to former correctional employees who no longer can be found at the work address provided by Plaintiff, the Illinois Department of Corrections shall furnish the Marshal with defendant's last-known address. The information shall be used only for purposes of effectuating service [or for proof of service, should a dispute arise] and any documentation of the address shall be retained only by the Marshal. Address information shall not be maintained in the court file, nor disclosed by the Marshal. The Marshal is authorized to mail a request for waiver of service to defendants in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

Plaintiff is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. In addition, Plaintiff must send an exact copy of any filing to defendants or, if represented by counsel, to counsel for defendants. Plaintiff must include on the original filing a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or otherwise fails to comply with these instructions may be disregarded by the Court or returned to Plaintiff.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|