IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JERMAINE WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1542 |
| | ) | |
| v. | ) | Honorable Elaine E. Bucklo |
| | ) | Judge Presiding |
| ERIC MICHAELEK, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Jermaine Walker, B-52757
      Hill Correctional Center
      P.O. Box 1700
      Galesburg, IL 61401

**PLEASE TAKE NOTICE** that on July 8, 2008, at 9:30 a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable Elaine E. Bucklo, or whomever may be sitting in her stead at the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached **DEFENDANTS' MOTION FOR LEAVE TO FILE LIMITED MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ISSUE OF EXHAUSTION UNDER THE P.L.R.A.**, a copy of which are herewith served upon you.

LISA MADIGAN
Attorney General of Illinois                 By:   s/Lea T. Nacca
                                                    LEA T. NACCA
                                                    Assistant Attorney General
                                                    General Law Bureau
                                                    100 W. Randolph St., 13th Fl.
                                                    Chicago, Illinois 60601
                                                    (312) 814-4491

## CERTIFICATE OF SERVICE

The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **U.S. MAIL** on June 27, 2008.

s/Lea T. Nacca