IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JERMAINE WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1542 |
| | ) | |
| v. | ) | Honorable Elaine E. Bucklo |
| | ) | Judge Presiding |
| ERIC MICHAELEK, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:   Jermaine Walker, B-52757
      Hill Correctional Center
      P.O. Box 1700
      Galesburg, IL 61401

PLEASE TAKE NOTICE that on June 27, 2008, the attached **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FOR FAILURE TO EXHAUST, MEMORANDUM IN SUPPORT, LOCAL RULE 56.1 FILING, and NOTICE TO PRO SE LITIGANT OPPOSING SUMMARY JUDGMENT** were filed with the Clerk of the United States District Court, for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is herewith served upon you.

| | | |
|---|---|---|
| LISA MADIGAN | | s/Lea T. Nacca |
| Attorney General of Illinois | By: | LEA T. NACCA |
| | | Assistant Attorney General |
| | | Office of the Attorney General |
| | | 100 W. Randolph St., 13th Flr. |
| | | Chicago, Illinois  60601 |
| | | (312) 814-4491 |

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that a copy of the foregoing was served upon the above named individual at the address listed above by **U.S. Mail**, on June 27, 2008.

s/Lea T. Nacca