UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Jermaine Walker
                        Plaintiff,

v.                                                Case No.: 1:08–cv–01542
                                                          Honorable Elaine E. Bucklo

Eric Michaelek, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 7, 2008:

      MINUTE entry before the Honorable Elaine E. Bucklo:Defendants' motion for leave to file [17] motion for summary judgment on limited issues is granted. Set deadlines/hearing as to motions for summary judgment[19] and (17) : Responses due by 8/21/2008. Replies due by 9/11/2008. Target date for ruling by mail set for 10/27/08.Mailed notice(mpj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.