## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JERMAINE WALKER, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 1542 |
| | ) | |
| v. | ) | Honorable Elaine E. Bucklo |
| | ) | Judge Presiding |
| ERIC MICHAELEK, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF MOTION

TO:    Jermaine Walker, B-52757
Hill Correctional Center
P.O. Box 1700
Galesburg, IL 61401

   **PLEASE TAKE NOTICE** that on July 23, 2008, at 9:30 a.m., or as soon thereafter as counsel can be heard, I shall appear before the Honorable Elaine E. Bucklo, or whomever may be sitting in her stead at the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present the attached **DEFENDANTS' MOTION TO STAY**, a copy of which is herewith served upon you.

LISA MADIGAN
Attorney General of Illinois

By:    s/Lea T. Nacca
LEA T. NACCA
Assistant Attorney General
General Law Bureau
100 W. Randolph St., 13th Fl.
Chicago, Illinois 60601
(312) 814-4491

### CERTIFICATE OF SERVICE

   The undersigned being duly sworn upon oath deposes and states that a copy of the foregoing was served upon the above named at the address indicated by **U.S. MAIL** on July 18, 2008.

s/Lea T. Nacca