UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F I L E D
Jul 30, 2008
JUL 3 0 2008 MB
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

JERMAINE WALKER,
          Plaintiff,
     vs.
ERIC MICHAELEK, et al,
          Defendants.

Case No. 08 C 1542
JUDGE ELAINE BUCKLO

## LOCAL RULE 56.1 FILING

NOW COMES the Plaintiff, Jermaine Walker, pursuant to Local Rule 56.1, file the attached genuine materials referred to Plaintiffs' APPLICATION section of his Motion for Summary Judgment (Rule 56):

| EXHIBIT # | DESCRIPTION |
|---|---|
| 1.   (EX.A) | Affidavit of Jermaine Walker, filed March 14, 2008. |
| 2.   (EX.B) | Complaint letter addressed to Director (WALKER) mailed out under Plaintiff's former cellmate (BRYON LASTER B-69174) stamped as received by Office of inmates' issues on May 11, 2007. |
| 3.   (EX.C) | Affidavit of Sheerene Whitfield, and where she had to personally mail EXHIBIT D to Director (WALKER) on behalf of Plaintiff's malicious mail handlings. |
| 4.   (EX.D) | "Cruel and Unusual Punishment" letter mailed to Director (WALKER) stamped as received on May 16, 2007. |

5.    ( EX.E )        N.R.C.'s Legal mail Disciplinary Report (#200701139/1-STA) filed by Defendant (MICHAEALEK) on June 1st, 2007.

6.    ( EX.F )        Plaintiff's Legal postage receipt ( INVOICE #513781) substantiate below exhibits mailed to (A.R.B.). Administrative Review Board Chairperson on July 25, 2007.

7.    ( EX.G )        A.R.B. Chairperson ( MELODY FORD )'s response in regards to 6/1/07 Disciplinary Report (#200701139) received on July 27, 2007.

8.    ( EX.H )        N.R.C.'s Grievance Officer (TAMMY GARCIA)'s response memo dated 7/5/07 regarding Plaintiff's Legal mail grievance filed on 6/6/07, stamped as received by (A.R.B.) Office of inmates' issues on July 27, 2007.

9.    ( EX.I )        Plaintiff's Legal mail grievance filed 6/6/07, stamped as received by (A.R.B) Office of inmates' issues on July 27, 2007.

10.    ( EX.J )        A duplicate copy of the Adjustment Committee's innocent plea "Written Statement" from Plaintiff, stamped as received by (A.R.B.) Office of inmates' issues on July 27, 2007.

11.    ( EX.K )        The "Original" innocent plea "Written Statement" from Plaintiff, entered @ N.R.C.'s Adjustment Committee Hearing on June 7, 2007

12.    ( EX.L )        A duplicate copy of the Adjustment Committee's "Summary Report" (#200701139), stamped as received by (A.R.B.) Office of inmates' issues on July 27, 2007.

2.

13.    (EX.M)    The "Original" copy of the Adjustment Committee's "Summary Report" regarding Legal mail Disciplinary Report (#200701139).

14.    (EX.N)    Director (WALKER)'s approval revocation for Legal mail D.R. (#200701139) filed by Defendant (MICHAELEK) on June 1st, 2007.

## PLAINTIFF'S RESPONSE TO DEFENDANTS' LOCAL RULE 56.1(a)(1) FILING

RESPONSES:

1.    Plaintiff agrees with Defendants' exhibit A attachments, for the grievances demonstrate Subjective evidence and substantial burdens on his Civil rights, resulting in a campaign of harassment claims, Official misconduct, aid and abetting, and obstruction of Justice.

2.    Plaintiff disagrees with Affidavit of (MELODY FORD), and requires court sanction for penalty of perjury, for is in absolute violation of the [Fourteenth Amendment], [720 ILCS 5/33-3 Official Misconduct], [20 ILL. ADM. CODE § 504.870(a)(3)]. (MELODY FORD) failed to review and process Plaintiff's legal mail disciplinary report grievance received by her on July 27, 2007. (See Plaintiff's Complaint sections (III), (V @ paragraph 7, lines 7, 8, 9, and 10)); (See Plaintiff's Exhibits E, F, G, H, I, J and L).

## PLAINTIFF'S RESPONSE TO DEFENDANTS LOCAL RULE 56.1(a)(3)(A) FILING

## RESPONSES:

1.    Plaintiff disagrees, he's in custody of the I.D.O.C. and currently incarcerated at HILL Correctional Center. Plaintiff was held in 24 hours a day unlawful segregation for One Hundred Five Days at a temporary transition center (N.R.C.), Northern Reception and Classification Center from March 13, 2007 to June 26, 2007, plus segregated at PONTIAC C.C. for a total of Two Hundred Sixty-one Days from March 13, 2007 to February 8, 2008, all because the Plaintiff was exercising his protected United States Constitutional Rights. So, Plaintiff brings this action against the Defendants because they are absolutely liable and responsible for the Plaintiff's Civil Rights violations. (See Plaintiff's Complaint).

2.    Defendant (LUCE) turned a blind eye, condoned, participated and caused the Plaintiff's constitutional deprivations. He deprived the Plaintiff's procedural due process by not responding or processing Plaintiff's grievances dated (5/16/07, 5/22/07 and 5/29/07) and more. He's responsible for depriving the Plaintiff a primary transfer at (N.R.C.) transition center. (See Exhibits A, B, C, D).

3.    Defendant (MANSFIELD) participated and caused the Plaintiff's constitutional violations, for he was personally informed and written plenty complaints. Evidently, he suppressed any grievance dealing with unlawful behavior by (N.R.C.)'s Authorities. (See Exhibits A, B, C and D).

4.    Defendant (MICHAELEK) is in absolute violation of the

4.

[First, Fourth, Eighth and Fourteenth Amendments] of the United States Constitution. (See Plaintiff's Complaint section V, paragraphs 4, 5, 6 and 7); (See Exhibits E, I, K, M, N).

5.    Defendant (GARCIA) is in absolute violation of the [First, Eighth and Fourteenth Amendments], [720 ILCS 5/33-3 Official Misconduct] and [20 ILL. ADM CODE § 504.800], for she didn't process or review Plaintiff's Legal mail disciplinary report (#200701139), and Legal mail grievance filed June 6, 2007. Defendant is absolutely at fault and prevented Plaintiff from exhausting P.L.R.A. remedies, for she was intending to shield or suppress any unlawful wrong doing committed by the Defendants in the above entitled-cause. (See Plaintiff's Complaint section (III) and section V, paragraph 5, 6, and 7); (See Exhibits E, H, I, K, and L).

## PLAINTIFF'S RESPONSE TO DEFENDANTS' LOCAL RULE 56.1(a)(3)(B) FILING

### RESPONSES:

1.    Plaintiff agrees.

2.    Plaintiff disagrees because the claims contained in Complaint all occurred outside Stateville C.C. at a temporary transition center (N.R.C.), Northern Reception and Classification Center in Joliet, Illinois.

3.    Plaintiff agrees.

4.    Plaintiff disagrees because he was unlawfully segregated

at Northern Reception and Classification Center (N.R.C.) for One Hundred and five Days from March 13, 2007 to June 26, 2007.

5.    Plaintiff disagrees, for he mailed his Complaint and Affidavit on March 5, 2007, and it was filed and docketed by Clerk of the U.S. District Court, Northern District of Illinois on March 14, 2007.

6.    Plaintiff was deliberately deprived of his Civil Liberties by Defendants and (A.R.B.) Chairperson (MELODY FORD), for they failed to do their staff, titles and duties, so they are absolutely liable for depriving the Plaintiff of Procedural Due Process of exhaustion under the P.L.R.A.

7.    Plaintiff requires this Honorable ELAINE BUCKLO to sanction penalty of perjury on behalf of (A.R.B.)'s Chairperson (MELODY FORD) for committing to perjury under sworn oath, and a failure to file, review and process Plaintiffs Legal mail grievances and attachments, stamped as received by her on July 27, 2007. She failed to comply with [20 Illinois Administrative Code § 504.870 (a)(3)]. (See Plaintiff's Complaint section V, paragraph 7, lines 7, 8, 9 and 10); (See Exhibits E, F, G, H, I, J and L).

8.    Plaintiff disagrees because he's is in receipt of documents regarding legal mail that was stamped as received by (A.R.B.)'s Chairperson (FORD) and Office of inmates issues of which he was deprived of Procedural Due Process, a violation

of the Fourteenth Amendment. (**See** Exhibits E, F, G, H, I, J and L).

9.    Plaintiff agrees by demostrating a campaign of harassment claims, aid and abbetting, retaliations, and Defendants liability from Officials of PONTIAC C.C. from June 26, 2007 to February 8, 2008.

10.    Plaintiff forwarded grievance dated June 13, 2007 to Defendant (GARCIA), and transferred from (N.R.C.) is segregation to PONTIAC's segregation on June 26, 2007, without any reply, review or process from Grievance Office (GARCIA).

11.    Plaintiff forwarded grievance dated June 25, 2007 to Grievance Office and never received a response from (GARCIA) because Plaintiff was transferred to PONTIAC C.C. on June 26, 2007.

12.    Defendants' numbers (12 to 28) show substantial burdens on the Plaintiff's Eighth Amendment at PONTIAC C.C. of which Defendants caused Plaintiff's unlawful segregation from March 13, 2007 to February 8, 2008.[1]

JULY 17, 2008

RESPECTFULLY SUBMITTED,

Jermaine Walker

Jermaine Walker B-52757
600 S. Linwood Road
Galesburg, IL. 61402
PRO SE

---

[1] Plaintiff has filed genuine exhibits in conjuction with this legal mail interference suit, and pending before this Court, Walker v. McCann, et.al. (07 CV 3083). Please refer to these exhibits found in Documents [28], [29], [46] and [77].

7.

EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JERMAINE WALKER,
                    Plaintiff,
        vs.                                    Case No. 08 C 1542

ERIC MICHAELEK, et al,
                    Defendant.

# AFFIDAVIT

(N.R.C.)'s Officials failed to comply with federal laws, State laws, and Departmental Rules, for they fashioned their own set of laws by which to govern the Transition Center (N.R.C.). These Officials acted in conspiracy to deprive the plaintiff of his protected rights guaranteed by our UNITED STATES CONSTITUTION.

(N.R.C.)'s Authorities facilitated, participated, and caused deliberate mistreatments; They unconstitutionally kept me (105) One Hundred and Five Days in 24 hours a day confinement by denying me a primary transfer, denied Legal material access, delayed all incoming/outgoing mail, and interfered with Legal mail.

On the first shift (7-3 p.m.), Correctional Counselors (DANIEL LUCE and DAVID MANSFIELD) are fully responsible for collecting all my in-house mail, counselor's request slips, and filed grievances from the Unit counselor's box.

1.

On the second shift (3 P.M. - 11 P.M), all my entire outgoing and incoming letters, requests, and grievances are only collected and circulated on the 2nd shift. During my illegal 24 hours a day confinement, these Counselors and Correctional Officers below were absolutely responsible for my malicious mail handlings:

1.) ( C.C. DANIEL LUCE )          6.) ( C.O. DOUGLASS )
2.) ( C.C. DAVID MANSFIELD )     7.) ( C.O. EDWARDS )
3.) ( C.O. ERIC MICHAELEK )      8.) ( C.O. READUS )
4.) ( C.O. JOHNSON )              9.) ( C.O. MCCOY )
5.) ( C.O. SZPICKI )             10.) ( C.O. BROOKS )

I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief.

FEBRUARY 27, 2008

RESPECTFULLY SUBMITTED,

Jermaine Walker
PLAINTIFF

Jermaine Walker
B-52757
HILL - HIL
P.O. BOX 1700
GALESBURG, IL. 61402
PRO SE

SUBSCRIBED AND SWORN TO BEFORE ME

THIS __4__ DAY OF __MARCH__

A.D., 2008

_Gareth L. Beams_
Notary Public

OFFICIAL SEAL
GARETH L. BEAMS
Notary Public - State of Illinois
My Commission Expires Sep 21, 2011

2.

# CERTIFICATE of SERVICE

The undersigned, being duly sworn under oath, states that three copies of Affidavit were served upon (Prisoner Correspondence, Clerk's Office, U.S. District Court, 219 S. Dearborn St., Chicago, IL. 60604) by placing it in the U.S. mail at the HILL Correctional Center on **MARCH 5TH**, **2008**.

*Jermaine Walker*

EXHIBIT B

May 7, 2007

**RECEIVED**

**MAY 11 2007**

Dear Director Walker,

OFFICE OF
INMATE ISSUES

Legalistically, Stateville (N.R.C.) is committing federal offense against me, mishandling my mail, opening my legal mail, denying me legal assistance, for material, and inflicting cruel and unusual punishment, for I continues to exercise my 1st amendment.

Nowadays, I've to mail my documents out under my cell mate name, for my mail isn't making it to its final destinations. So, please note this is from (Jermaine Walker B52757), and forward all correspondence to me. Also, attached all letters, notes, and up coming

(over)

EXHIBIT C

STATE OF TENNESSEE }
COUNTY OF DAVIDSON } SS

NO. 08 C 1542

## AFFIDAVIT

30 May 2007

I, Sheerene Whitfield, of 1266 Hillside Ave., Nashville, TN 37207, mailed a package to Jermaine Walker B52757, @ Rte. 53, P.O. Box 112, Joliet, IL 60434, on April 18, 2007. The package contained 3 letters that I typed for Mr. Walker regarding cruel & unusual punishment addressed to Director Roger Walker @ 1301 Concordia Ct. Fl 001, Springfield, IL 62794-9277; Governor Rod R. Blagojevich @ 207 State Capitol, Springfield, IL 62706; and to Attorney General Lisa Madigan @ 500 South Second Street, Springfield, IL 62706. The package was sent via Express Mail for which I paid $14.40. The confirmation number on the receipt for this package is EB167724105 US. The package was to be delivered on the following day, April 19, 2007; however the recipient, Jermaine Walker did not receive the package until 24 days later, on May 12, 2007. I ended up having to personally mail another copy of the letter to Director Walker on May 14, 2007.

The above is true to the best of my knowledge.

_____
Signature of Person Making Affidavit

_____
          Sheerene Whitfield
Typed Name of Person Making Affidavit

Sworn and subscribed to before me  5 - 30 - 07
                                        Date

_____
Notary Public

KYLE E. WARNER
STATE OF TENNESSEE
NOTARY PUBLIC
DAVIDSON COUNTY

MY COMMISSION EXPIRES SEPTEMBER 28, 2010

EXHIBIT D

EX. #811

Route 53, P.O. Box 112
Joliet, Il 60434

May 13, 2007

**RECEIVED**

MAY 16 2007

OFFICE OF
INMATE ISSUES

Mr. Roger E. Walker, Jr.
Director
Illinois Department of Corrections
1301 Concordia Court
P.O. Box 19277
Springfield, IL 62794-9277

Dear Mr. Walker:

Subject: Cruel and Unusual Punishment

The purpose of this letter, first and foremost, is to bring the truth to light in regards to conditions here at N.R.C. Stateville C.C. From the outside looking in, you may inadvertently be under the impression that the facility is run in compliance with I.D.O.C. guidelines; sadly, however, that is not the case from an insider's perspective. The authorities here have clearly denounced the guidelines and fashioned their own set of policies by which to govern the facility.

Secondly, N.R.C. is essentially an orientation unit intended to provide temporary housing until inmates are transferred to primary institutions. According to the orientation handbook, an inmate is typically housed here for 7-10 days before being transferred. I, unfortunately, have been forced to remain here awaiting my transfer for 62 days now.

As stated above, this letter is in regards to cruel and unusual punishment. In addition to being held here an excessive amount of days, I am being punished without disciplinary actions or parole violations, and treated with far more cruelty than segregated inmates. At the present time, inmates here at N.R.C. are confined in cells 24 hour a day, 7 days a week without correspondence from counselors; allowed no visits, no law library access, one phone call every 60 days, and one shower per week; and given unhealthy and insufficient meals, (which, consequently, have caused me to lose a significant amount of weight.)

Furthermore, commissary is restricted to every 40 days with a $15.00 limit on hygiene products; we are allowed a linen and clothing change only once per week; recreation once per week; and paper and pencil once per week. Upon arrival, you are given disposable hygiene products that only last for the first week; however, if you are held here beyond 7 days, like myself, you are literally left in a foul, dirty, unhealthy, and inhumane condition until after 40 days, when you are allowed commissary again. It is my opinion that animals are treated with more respect. I have filed several requests and grievances, but they have gone completely ignored by administration. I consider their negligence a violation of my human rights.

EX.#8

I understand that as prisoners our role here is to pay back our debts to society, but at the same time we are still human beings and we deserve to at least be treated humanely.

It is my hope and my prayer that this letter has been an eye-opener for you and will compel you to create a solution to this problem. Thank you for your time and efforts on my behalf and that of others.

Respectfully Submitted,

*Jermaine Walker*

Jermaine Walker B52757
Inmate

JW:sw

RECEIVED

MAY 16 2007

OFFICE OF
INMATE ISSUES

EXHIBIT E

STA-RA-01-05

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Disciplinary Report**
Stateville C.C.
Facility

Date: 06-01-07

**Type of Report:**
☒ Disciplinary   ☐ Investigative

Offender Name: Walker, Jermaine   ID #: B52757

Observation Date: 06-01-07   Approximate Time: 4y/yy 5:30 ☒a.m. ☐p.m.   Location: Upc Cell RW209

Offense(s): DR 504: 201. Concealment of Identity/403. into to enforce/no. privilege/404. rules

giving false abuse of violation of

Observation: (NOTE: Each offense identified above must be substantiated.) On the above date and approximate time, this R/O inspected two (2) envelopes of legal mail which were being returned to inmate Tolliver # R64589. The contents were from the above listed inmate who tried to send out his mail as being from inmate Tolliver. In one of the letters addressed to "U.S. District Court", inmate Walker writes "....so I am using a third party, so my mail can make it safe out the institution", thus admitting to violating IDOC mail rules, concealing his identity on the outside by giving false information, and abusing the privilege of legal mail. EOR

Witness(es): _____

☐ Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| No E. Michalek | 5191 | [signature] | 06-01-07 | 8:05 p. ☐a.m. ☒p.m. |
|---|---|---|---|---|
| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |

**Disciplinary Action:**

**Shift Review:** ☐ Temporary Confinement   ☐ Investigative Status   Reason:

LT76 Stone # R895 _____ [signature] _____ 6/1/07

Printed Name and Badge #   Shift Supervisor's Signature   Date
(For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** ☐ Confinement reviewed by Reviewing Officer   Comment: _____

☒ Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee

☐ Minor Infraction, submitted to Program Unit

LAVB  501 _____ [signature] _____ 6/5/7

Print Reviewing Officer's Name and Badge #   Reviewing Officer's Signature   Date

☒ Hearing Investigator's Review Required (Adult Correctional Facility Major Reports Only)

A. T. Meier  2748 _____ (A.T. Meier) _____ 6-5-07

Print Hearing Investigator's Name and Badge #   Hearing Investigator's Signature   Date

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

☒ Check if offender refused to sign

| C Johnson | Offender's Signature | 2704 | [signature] C Johnson |
|---|---|---|---|
| Serving Employee (Print Name) | 6/5/07 | Badge # 1145 | Signature |
| | Date Served | Time Served | ☐a.m. ☐p.m. |

☐ I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offender's Signature _____   ID# _____

(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)

Date of Disciplinary Report _____   Print offender's name _____   ID# _____

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to: _____

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|

Witness can testify to: _____

Page _____ of _____
Printed on Recycled Paper

Distribution:   Master File
Offender
Facility (2)

DOC 0317 (Rev. 2/2007)

EXHIBIT F

*Pontiac's (P-96 form) mailing receipt*

**NOTE:** (RECEIPT INVOICE # 513781) mailed to (A.R.B.) 7/25/07

---

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Authorization for Payment

Posting Document # _____

Date _____7/24/07_____

Offender Name _Jermaine Walker_    ID# _B52757_    Housing Unit _E-P1_

Pay to _(A.R.B.) Office of Inmate Issues_

Address _1301 Concordia Court_

City, State, Zip _Springfield, Ill. 62794-9277_

The sum of _____ dollars and _____ cents charged to my trust fund

account, for the purpose of _____Legal Postage_____

☐ I hereby authorize payment of postage for the attached mail. ☐ I hereby request information on electronic funds transfers to be placed in the attached mail.

Offender Signature _Jermaine Walker_    ID# _B52757_

Witness Signature _____

☐ Approved ☐ Not Approved    Chief Administrative Officer Signature _____

Postage applied in the amount of _____ dollars and _41_ cents.

Distribution: Business Office, Offender

_Legal_
Printed on Recycled Paper

DOC 0296 (Eff. 1/2006)
(Replaces DC 628)

EXHIBIT G

ILLINOIS DEPARTMENT OF CORRECTIONS

## Administrative Review Board
### Return of Grievance or Correspondence

Offender: _Waller_    _Jermaine_    MI ___    IDN _B59757_
                Last Name         First Name

Facility: _STA_

☐ Grievance (Local Grievance # (if applicable): _____)  _DR 6/1/07_   ☐ Correspondence
Received: _7.27.07_    Regarding: _____
              Date

The attached grievance or correspondence is being returned for the following reasons:  _within timeframe_

Additional information required:
☑ Use the Committed Person's Grievance Report, DOC 0047 (formerly DC 5657), including the Grievance Officer's and Chief Administrative Officer's response, to appeal.

☐ Provide a copy of the Committed Person's Grievance, DOC 0046 (formerly DC 5657) including the counselor's response if applicable.

☐ Provide date(s) of disciplinary report(s) and facility where incident(s) occurred.

☐ Unable to determine nature of grievance or correspondence; submit additional specific information. Please return the attached grievance or correspondence with the additional information requested to:   Administrative Review Board
Office of Inmate Issues
1301 Concordia Court
Springfield, IL   62794-9277

Misdirected:
☐ Contact your correctional counselor regarding this issue.

☐ Request restoration of Good Conduct Credits (GCC) to Adjustment Committee. If request is denied, utilize the inmate grievance process outlined in Department Rule 504 for further consideration.

☐ Contact the Record Office with your request or to provide additional information.

☐ Personal property issues are to be reviewed at your current facility prior to review by the Administrative Review Board.

☐ Address concerns to:   Illinois Prisoner Review Board
319 E. Madison St., Suite A
Springfield, IL   62706

No further redress:
☐ Award of Meritorious Good Time (MGT) and Statutory Meritorious Good Time (SMGT) are administrative decisions; therefore, this issue will not be addressed further.

☐ Not submitted in the timeframe outlined in Department Rule 504; therefore, this issue will not be addressed further.

☐ This office previously addressed this issue on ___/___/___ .
                                                              Date

☐ No justification provided for additional consideration.

Other (specify): _____

Completed by: _Melody J. Ford_         _Melody J. Ford_   8.3.07
                    Print Name                    Signature              Date

DOC 0070 (10/2001)

EXHIBIT H

*NOTE: EX.#511 LEGAL MAIL Grievance INCOMPLETE          EX.#51

# STATEVILLE CORRECTIONAL CENTER
## GRIEVANCE OFFICE

DATE: _____7-5-07_____

OFFENDER NAME: _____Walker_____
REGISTER NO # : _____B52757_____
INSTITUTION: _____Pontiac_____

A response to your grievance regarding __Legal mail__ was not completed prior to your transfer.

If this is an issue you still wish to pursue, please forward the grievance and this memo to the Administrative Review Board, Office of Inmate Issues, 1301 Concordia Court, Springfield, Illinois 62794-9277, within 30 days of the date of this memo.

_____T. Garcia_____
Grievance Officer
Stateville Correctional Center

I found NO TICKET in system pertaining to Legal mail

*NOTE: EX.#5i) ORIGINAL TICKET on Legal Mail #(200701139/1-
EX.#5iii) DISCIPLINARY Statement
EX.#11ii) SUMMARY Report 6/1/07

## RECEIVED
### JUL 27 2007
#### OFFICE OF
#### INMATE ISSUES

EXHIBIT I

EXHIBIT

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE**

| Date: JUNE 6, 2007 | Committed Person: (Please Print) JERMAINE WALKER | ID#: B57757 |
|---|---|---|

| Present Facility: Stateville (N.R.C.) | Facility where grievance issue occurred: Stateville (N.R.C.) |
|---|---|

**NATURE OF GRIEVANCE:**

☐ Personal Property    ☒ Mail Handling    ☐ Restoration of Good Time    ☐ Disability
☒ Staff Conduct    ☐ Dietary    ☐ Medical Treatment    ☐ Other (specify): _____
☐ Transfer Denial by Facility    ☐ Transfer Denial by Transfer Coordinator

☒ Disciplinary Report: 6 . 11 . 07      Stateville (N.R.C.)
              Date of Report                       Facility where issued

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

**Complete:** Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:

Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

**Brief Summary of Grievance:** First of All, on 6/11/07, C.O. Michaelek #5191 committed a legal violations, also he overstep his duties by transferring and reading legal mail before him. As members of a Class actions lawsuit that pending in the U.S. District Court. Me and fellow legal confidentiality was broken by the C.O. Michaelek, and instead of looking for physical contraband, he reads majority of our documents unlawful. For he had stated something else wrote toward the end of my letter. (CONT.)

**Relief Requested:** FOR THIS C.O. MICHAEL #5191 TO BE PENALIZED FOR READING LEGAL DOCUMENTS OF CONFIDENTIALITY, AND FOR WRITING A DISCIPLINARY FOR HIS MISCONDUCT. ALL CHARGES EXPUNGED, AND LEGAL MAIL OPEN IN THE PRESENCE OF AN INMATE FIRST AND FOREMOST.

☐ Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or other serious or irreparable harm to self.

_____      _____      ___/___/___
Committed Person's Signature          ID#           Date

(Continue on reverse side if necessary)

| **Counselor's Response (if applicable)** |
|---|

Date Received: ___/___/___      ☒ Send directly to Grievance Officer      ☐ Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277.

Response: _____

_____      _____      ___/___/___
Print Counselor's Name          Counselor's Signature          Date of Response

| **EMERGENCY REVIEW** |
|---|

Date Received: **RECEIVED**      Is this determined to be of an emergency nature?      ☐ Yes; expedite emergency grievance
       JUL 27 2007                                          ☐ No; an emergency is not substantiated. Committed person should submit this grievance in the normal manner.
     OFFICE OF INMATE ISSUES

_____      ___/___/___
Administrative Officer's Signature      Date

Distribution: Master File; Grievant

ILLINOIS DEPARTMENT OF CORRECTIONS
**COMMITTED PERSON'S GRIEVANCE** (Continued)

Previously, I honestly filed two grievances in regards to this same kind of misconduct, for my incoming legal mail be tampered with and read without my presence.

So this is clearly evidence that this C.O. Michaelek #591 is absolutely responsible for my posted mail misconducts. It's obvious to say, this C.O. failed to do his stuff, title, and duties, for he admitted reading something legal and going beyond the call of duties to cover up his misconduct by writing a disciplinary.

EXHIBIT J

EX:#5iii

**RECEIVED**

June 7, 2007

JUL 27 2007
OFFICE OF
INMATE ISSUES

To: Adjustment Committee
From: Jermaine Walker B52757, RA105
Sub: "Written Statement"/ Attach to Record

## INNOCENT AS CHARGED:

First of all, C.O. Michaelek #5191 is in violation for reading our legal mail to start with. All he is entitled to do is open and check in front of an inmate's vision for falling contraband. Evidently he broke our legal mail confidentiality, for we are member of a class action lawsuit, "Bullock vs Sheahan." So I enclosed my letter with my cellmate Tolliver's (R54589) letter to the U.S. District Court because only one name is needed outside the legal mail envelope.

So this is evidence that C.O. Michaelek is before hand opening and reading legal mail without the presence of an inmate. He admitted in his disciplinary write-up that he violated my legal mail confidentiality, for he mentioned something stated in my letter. C.O. Michaelek #5191 failed to do his staff, titles, and duties. Sincerely,
Jermaine Walker
B52757 — RA105

EXHIBIT K

June 7, 2007

To: Adjustment Committee
From: Jermaine Walker (B52757), RA 105
Sub: "Written Statement" Attach to Records

"INNOCENT AS CHARGED"

First of all, C.O. Michaelek #(5191) is in violation for reading our legal mail to start with. All he is entitled to do is open and check in front of an inmate's vision for falling contraband. Evidently, he broke our legal mail confidentiality, for we are members of a class action lawsuit, "Bullock vs. Sheahan". So I enclosed my letter with my celle Tolliver's letter to the U.S. District Court because only one name is needed outside the legal mail envelope.

So this evidences that C.O. Michaelek is before hand opening and reading legal mail without the presence of an inmate. He admitted in his disciplinary write up that he violated my legal mail confidentiality, for he mention something stated in my letter. C.O. Michaelek #(5191) failed to do his staff, title, and duties.

Sincerely,
Jermaine Walker
(B52757), RA 105

(PLEASE ATTACH)
• U.S. DISTRICT COURT'S NOTICE
• PENDING CLASS ACTION LAWSUIT
• "BULLOCK vs. SHEAHAN!"

EXHIBIT L

STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS          EX.#11

(WRONG DATE) 6/7/07 → right DATE

**ADJUSTMENT COMMITTEE**
**FINAL SUMMARY REPORT**

Name: WALKER, JERMAINE                    IDOC Number: B52757                    Race: BLK

Hearing Date/Time: 6/14/2007  09:48 AM          Living Unit: PON-E-05-18          Orientation Status: N/A

Incident Number: 200701139/1 - STA                    Status: Final

| Date | Ticket # | Incident Officer | Location ↓ RW-209 | Time |
|------|----------|------------------|----------|------|
| 3/1/2007 | 200701139/1-STA | MICHALEK, ERIC J | NRC-NORTHERN REC. & CLASS. | 09:30 PM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 201 | Concealment of Identity | Guilty |
| 303 | Giving False Information To An Employee | Guilty |
| 310 | Abuse Of Privileges | Guilty |
| 404 | Violation Of Rules | Not Guilty |
| | Comments: VOL.310,303,201 | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|-----------|--------------|----------------|

No Witness Requested

**RECORD OF PROCEEDINGS**
Inmate present, hearing conducted. Inmate Walker stated that he did mail out a class action lawsuit and letter in his cellie's envelope. Inmate Walker stated that they both sent out the same mail to the same place, and stated that our legal mail should not be read. Inmate Walker stated that they are both involved in the same case.

→ FALSE
SEE ATTACHD
STATEMENT
6/7/07

**BASIS FOR DECISION**
Inmate Walker admitted to mailing out mail in another inmate's name as stated in the report. The reporting officer indicated in the report that while inspecting two envelopes of legal mail which were being returned to inmate Tolliver R54589, the contents in the two envelopes were from inmate Walker, but he was trying to make it look like the mail was being sent from inmate Tolliver. As a result of inmate Walker's action he violated IDOC mail rules, and also concealed his identity on the outside of the enveloped by giving false information, and abusing the privilege of legal mail. This committee is satisfied with the report as being an accurate account of what occurred on the date and time of inspection of said mail.

**DISCIPLINARY ACTION**   *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|-------------|-------|
| 2 Months C Grade | 2 Months C Grade |
| 2 Months Segregation | 2 Months Segregation |
| Revoke GCC or SGT 1 Months | Revoke GCC or SGT 1 Months |
| 2 Months Commissary Restriction | 2 Months Commissary Restriction |

Basis for Discipline: nature of incident.

**Signatures**
**Hearing Committee**

| | Signature | Date | Race |
|---|-----------|------|------|
| JOHNSON, DARRYL L - Chair Person | | 06/14/07 | BLK |
| THOMPSON, MARGARET M | Signature | 08/14/07 | WHI |
| | Signature | Date | Race |

RECEIVED

Recommended Action Approved

JUL 27 2007

Final Comments: N/A

OFFICE OF
INMATE ISSUES

Run Date: 6/28/2007 15:11:10                    Page 1 of 2

EX.#11

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

**Name:** WALKER, JERMAINE                **IDOC Number:** B52757                **Race:** BLK

**Hearing Date/Time:** 6/14/2007  09:46 AM      **Living Unit:** PON-E-05-18    **Orientation Status:** N/A

**Incident Number:** 200701139/1 - STA           **Status:** Final

---

TERRY L MCCANN / JDD  6/26/2007                                      06/26/07
_____                        _____   _____
Chief Administrative Officer                                       Signature                    Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

CRYSTAL LONGSTREET                                           6/26/2007          04:00 PM
_____                        _____   _____
Employee Serving Copy to Committed Person                        When Served - - Date and Time

**RECEIVED**

JUL 27 2007

OFFICE OF
INMATE ISSUES

EXHIBIT M

## STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
### ADJUSTMENT COMMITTEE
### FINAL SUMMARY REPORT

*2-18-17*

*pond*
*5/30/07 - 3 m.a.*
*5/30/07 - 2 p.m.*
*5/30/07 - 2 p.m.*

| | | |
|---|---|---|
| Name: WALKER, JERMAINE | IDOC Number: B52757 | Race: BLK |
| Hearing Date/Time: 6/14/2007  09:48 AM | Living Unit: NRC-RA-01-05 | Orientation Status: N/A |
| Incident Number: 200701139/1 - STA | Status: Final | |

| Date | Ticket # | Incident Officer | Location | Time |
|------|----------|------------------|----------|------|
| 6/1/2007 | 200701139/1-STA | MICHALEK, ERIC J | NRC-NORTHERN REC. & CLASS. | 09:30 PM |

| Offense | Violation | Final Result |
|---------|-----------|--------------|
| 201 | Concealment of Identity | Guilty |
| 303 | Giving False Information To An Employee | Guilty |
| 310 | Abuse Of Privileges | Guilty |
| 404 | Violation Of Rules | Not Guilty |
| | Comments: VOL.310,303,201 | |

| Witness Type | Witness ID | Witness Name | Witness Status |
|--------------|-----------|--------------|----------------|

**No Witness Requested**

### RECORD OF PROCEEDINGS
Inmate present, hearing conducted. Inmate Walker stated that he did mail out a class action lawsuit and letter in his cellie's envelope. Inmate Walker stated that they both sent out the same mail to the same place, and stated that our legal mail should not be read. Inmate Walker stated that they are both involved in the same case.

### BASIS FOR DECISION
Inmate Walker admitted to mailing out mail in another inmate's name as stated in the report. The reporting officer indicated in the report that while inspecting two envelopes of legal mail which were being returned to inmate Tolliver R54589, the contents in the two envelopes were from inmate Walker, but he was trying to make it look like the mail was being sent from inmate Tolliver. As a result of inmate Walker's action he violated IDOC mail rules, and also concealed his identity on the outside of the enveloped by giving false information, and abusing the privilege of legal mail. This committee is satisfied with the report as being an accurate account of what occurred on the date and time of inspection of said mail.

### DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|-------------|-------|
| 2 Months C Grade | 2 Months C Grade |
| 2 Months Segregation | 2 Months Segregation |
| Revoke GCC or SGT 1 Months | Revoke GCC or SGT 1 Months |
| 2 Months Commissary Restriction | 2 Months Commissary Restriction |

**Basis for Discipline:** nature of incident.

#### Signatures
#### Hearing Committee

| | Signature | Date | Race |
|---|-----------|------|------|
| JOHNSON, DARRYL L  - Chair Person | | 06/14/07 | BLK |
| THOMPSON, MARGARET M | | 06/14/07 | WHI |

Recommended Action Approved

---

**Final Comments:** N/A

**STATE OF    .INOIS -- DEPARTMENT OF COR    CTIONS**
**ADJUSTMENT COMMITTEE**
**FINAL SUMMARY REPORT**

**Name:** WALKER, JERMAINE                  **IDOC Number:** B52757                **Race:** BLK

**Hearing Date/Time:** 6/14/2007   09:48 AM      **Living Unit:** NRC-RA-01-05        **Orientation Status:** N/A

**Incident Number:** 200701139/1 - STA              **Status:** Final

TERRY L MCCANN / JDD  6/26/2007                                              06/26/07
Chief Administrative Officer                        Signature                      Date

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

Employee Serving Copy to Committed Person                  When Served - - Date and Time

EXHIBIT N

GOOD CONDUCT CREDITS/STATUTORY GOOD TIME RESTORATION/REVOCATION RECOMMENDATION

Recommendation from:  Stateville NRC      CAO:  McCann      Deputy Dir.:  Pierce      ☐ Disapprove
                      (Institution)                        (Juv./CSD Div.)              ☐ Approve
                                                                                        ☐ Reduced _____
                                                                                                  (Amount)

Name:  Walker, Jermaine       Register No.  B52757      Date Request Submitted:  7/11/07

Present Location:  Pontiac CC       Committed Person's MSR:   2/18/17

     Good Conduct Credits              Statutory Good Time                ☐ Minimum Sentence
     XXX Revoke    ☐ Restore           ☐ Revoke    ☐ Restore              ☐ Maximum Sentence

                                          Report Date(s)                  Violation Numbers
                                       504A/504B/504C Violation:
XXX Recommended Amount of Revocation   DR  6/01/07  (D1139)        NO.  201, 303, 310
     1 month                           DR  _____              NO. _____

                                          Report Date(s)                  Violation Numbers
                                       504A/504B/504C Violation:
☐ Recommended Amount of Restoration    DR  _____              NO. _____
                                       DR  _____              NO. _____
     _____

Description of Offense:  Concealment of identity; giving false information to an employee;
                         abuse of privileges
Committed Person has had ___0___ of GCC/SGT revoked within last 12 months.
Committed Person has had ___0___ of GCC/SGT restored within last 12 months.

Other Recommendations Pending:    ☐ No    XX☐ Yes
     Dates of Revocation(s) Pending and Amounts          Dates of Restoration(s) Pending and Amounts
     5/30/07 - 3 months                                  _____
     5/30/07 - 3 months                                  _____

*************************************************************************
                                   IDOC ACTION

     ☐ One (1) Month or Under      ☒ Over One (1) Month

The following recommendation has been reviewed to determine compliance with Department of Corrections Rules.

          ***********************************************************************
          * ☐ Remand                                  Resubmission: _____
          *            Date          Designee                        Date
          ***********************************************************************
Recommendation for   RESTORATION /  REVOCATION  of  1 MO
of Good Conduct Credits/Statutory Good Time   APPROVED /  DISAPPROVED

                         ADDITIONAL COMMENTS OR INSTRUCTIONS

_____

_____
        Roger E. Walker Jr.                          7/19/07
              Director                                 Date

*************************************************************************
                          PRISONER REVIEW BOARD ACTION

     Hearing/Review Date: _____               ☐ Continuance

Comments: _____

Board Action:   REVOCATION / RESTORATION   ☐ Approved  ☐ Denied  ☐ Reduced _____

                                                     Amount Approved        Date

_____        _____        _____
   Signature         Signature          Signature

*************************************************************************
Recommendation for RESTORATION / REVOCATION of   1 MO   APPROVED / DISAPPROVED  Please proceed accordingly
with adjusting the incarceration person as needed.
        Roger E. Walker Jr.                          7/24/07          JUL __ 2007
              Director                                 Date

Master Record File
Director
Prisoner Review Board (2)                                          DCA 5588 (3/98)
General Office File

# CERTIFICATE of SERVICE

I, JERMAINE WALKER, swear under penalty of perjury that I served a copy of the attached LOCAL RULE 56.1 FILING and EXHIBITS (A→N) on _LEA T. NACCA_ Asst. Attorney General, 100 W. Randolph St., (13th FL.), Chicago, Ill. 60601, by placing it in the mail at the HILL Correctional Center on _JULY 23rd, 2008_ .

_Jermaine Walker_